Commonwealth of Penna. to use, etc., Appellant, *v.*
Magee et al.

213      443
f220      202

*Appeals—Supreme and Superior Courts—Jurisdiction—Amount in controversy—Act of May 5, 1899, P. L. 248.*

Under the Act of May 5, 1899, P. L. 248, the amount really in controversy, where judgment for want of a sufficient affidavit of defense is refused by the court below, is the amount alleged to be due in the statement of claim, as of the time of bringing suit, and not as of the time of taking the appeal.

A certificate of the court below is of no efficacy where the suit is for a sum certain averred in the statement of claim.

Argued Jan. 9, 1906.    Appeal, No. 258, Jan. T., 1905, by plaintiff, from order discharging rule for judgment for want of a sufficient affidavit of defense.    Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ., on motion to remit to the Superior Court for hearing and decision.

Plaintiff brought suit September 2, 1902, claiming $889.70 with interest from March 16, 1892.    At that time the claim with interest was less than $1,500.    On March 27, 1905, the court below discharged a rule for judgment for want of a sufficient affidavit of defense, from which, on August 22, 1905, plaintiff appealed to the Supreme Court.    At both these later dates the claim with interest exceeded $1,500.    Appellant obtained from the court below and printed in his paper-book a certificate that the amount really in controversy exceeded $1,500.

The Act of May 5, 1899, P. L. 248, provides as follows:

" Section 4.   The amount or value really in controversy shall be determined as follows:

" In actions of ejectment, either legal or equitable, and in all other actions or issues in the common pleas or in the orphans' court that involve the possession of or the title to real property, or chattels, real or personal, the judge hearing the case shall certify whether the value of the land or of the interest or of the property really in controversy, is greater than fifteen hundred dollars, and his certificate shall be conclusive proof of such value for the purposes of this act.

" In any suit, distribution or other proceeding in the common pleas or orphans' court, if the plaintiff or claimant recovers damages either for a tort or for a breach of contract, the amount of the judgment, decree or award shall be conclusive proof of the amount really in controversy, but if he recovers nothing the amount really in controversy shall be determined by the amount of damages claimed in the statement of claim, or in the declaration."

*Charles L. Brown* and *Alex. Simpson, Jr.*, for the motion.

*Trevor T. Matthews*, contra.

PER CURIAM, (orally at bar):

For the purpose of determining to which court to take an appeal, the amount really in controversy in any suit wherein judgment was refused by the court below, is the amount claimed in the statement as of the time of bringing the suit. The case will be certified to the Superior Court.